## GREGORY S. WATTS

ATTORNEY AT LAW

26 COURT STREET, SUITE 910

BROOKLYN, NEW YORK 11242

(718) 875-5020

FAX: (718) 237-0639

\* GREGORY S. WATTS

\* ADMITTED IN NEW JERSEY

PATRICK A.H. WATTS

OF COUNSEL

September 14, 2023

By ECF (filing)
Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Melba Sanabria, et.al. v. City of New York, et.al.
      Case No: 23-CV-558(AMO)(RER)

Dear Judge Reyes Jr.:

This letter application seeks the court's permission to amend the Summons and Complaint to add the proper parties, pursuant to Rule 15 of the FRCP.

The defendant, timely, provided counsel with their initial disclosure pursuant to the case management plan. The plan also set the date of August 1, 2023 for amendments to the pleadings. I became distracted due to my trial schedule in the Supreme Court, Kings County, People v. Jason Fogah, indictment number 71914/2021. This trial began on July 3, 2023, before the Honorable Jane Tully and concluded on July 18, 2023. Since its conclusion, some other personal family matters required my immediate intervention.

The documents provided to my office included a report by the two (2) NYPD officers, who deployed a taser onto the plaintiff. These are the names I intend to add to the Amended Complaint, including the names of several officers who played a roll during the interaction with the plaintiff.

I have spoken to Assistant Corporation Counsel, Seema Kassab, who has consented to my request. Ms. Kassab filed an Answer on behalf of The City of New York.

Finally, I am seeking an extension of time, sixty (60) days, to the case management plan, until February 1, 2024, to complete all discovery, including the depositions of the parties. The additional time is also needed to serve the Summons and Amended Complaint on the individual defendants and for the City of New York to conduct its due diligence in determining if they intend to represent the individual defendants and to file their Answer.

No previous application has been made for the relief requested herein.

Respectfully,

Gregory S. Watts

cc: Seema Kassab (email)
file.